**Opinion issued June 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-26-00584-CV

———————————————

## IN RE NATALIE HARTMAN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Natalie Hartman filed a petition for writ of mandamus requesting that our Court compel the trial court to (1) disregard opposing counsel's vacation letter and (2) "immediately rule on Relator's Motion to Freeze Assets 'on the papers' from home."[1] Relator further requests that our Court "freeze the Real Party in Interest's

---

[1] The underlying case is *Natalie Hartman v. Martin Eckert*, cause number 202630174, pending in the 127th District Court of Harris County, Texas, the Honorable Denise Brown presiding.

assets pending a final ruling." We deny the petition. All related requests for relief and any pending motions are denied.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.